# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge S. Kato Crews

DATE: December 11, 2023

RE:   Case #: 22-cv-00106-CNS-SKC
      Case Title: Shriver v. City of Westminster et al

A settlement conference was held on this date, and a settlement was reached as to all claims and parties.  The parties shall file dismissal papers on or before **February 9, 2024**.

Settlement conference and preparation time involved: 6 hours 6 minutes.

No record was made.