**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-CV-00106-CNS-SKC

CLAYTON LOUIS SHRIVER,

    Plaintiff,

v.

OFFICER MICHAEL OWEN, in his individual capacity,

    Defendant.

---

**JOINT MOTION TO AMEND THE CAPTION
TO ADD THE CITY OF WESTMINSTER AS A DEFENDANT**

---

The parties, by and through undersigned counsel, hereby move the Court for an Order amending the case caption to add the City of Westminster as a named Defendant, and state as follows:

1. A resolution has been reached in this case. [*See* ECF No. 85].

2. The City of Westminster (the "City") was previously dismissed from this case with prejudice. [ECF No. 59]. To effectuate the agreed upon resolution, the parties respectfully request that the City be added back to the caption as a named Defendant.

3. Once the City is added to the caption as a Defendant, the parties will file a stipulation dismissing Defendant Michael Owen with prejudice.

4. Upon the finalization of the settlement between Plaintiff and the City, the parties will file a stipulation to dismiss the City, with prejudice, and request that the case be closed.

**WHEREFORE**, the parties respectfully request that the Court enter an Order granting their Motion to Amend the Caption to Add the City of Westminster as a Defendant, to effectuate settlement.

Respectfully submitted this 14th day of December, 2023.

| | |
|---|---|
| /s/ Tiffany J. Drahota | /s/ Eric M. Ziporin |
| ***Tiffany J. Drahota*** | ***Eric M. Ziporin*** |
| Drahota Defense LLC | SGR, LLC |
| 1543 Champa Street Ste 400 | 3900 E. Mexico Ave., Ste 700 |
| Denver, CO 80202 | Denver, CO 80210 |
| Phone: (402) 651-0383 | Phone: (303) 320-0509 |
| | |
| /s/ Roger Sagal | */s/* Jonathan N. Eddy |
| ***Roger Sagal*** | ***Jonathan N. Eddy*** |
| Sagal Law LLC | SGR, LLC |
| 241 S. Elizabeth Street | 3900 E. Mexico Ave., Ste 700 |
| Ridgway, CO 81432 | Denver, CO 80210 |
| Phone: (970) 626-5891 | Phone: (303) 320-0509 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |